```
                            FILED
                   CLERK, U.S. DISTRICT COURT

                         OCT 2 2 2009

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Andrew Lee Tyras | CK09-690 -JSL |
| DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _Defendant's Counsel, Timothy Lannen_, IT IS ORDERED that a detention hearing is set for _Tuesday, October 29_, _2009_, at _2:00_ ☐ a.m. / ☑ p.m. before the Honorable _Ralph Zarefsky_, in Courtroom _540_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _10/22/09_

_____
U.S. District Judge/Magistrate Judge

CR-66 (10/97)       ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT